**CARL GREEN and HAROLD PENROSE, v. THE STATE OF FLORIDA.**

9 So. (2nd) 167 En Banc
July 7, 1942 Rehearing Denied July 31, 1942

Arthur S. Friedman, for appellant.

J. Tom Watson, Attorney General, Millard B. Conklin, Assistant Attorney General, Woodrow M. Melvin, Special Assistant Attorney General, Robert R. Taylor, County Solicitor, Glenn C. Mincer, Assistant County Solicitor, for appellee.

TERRELL, J.:

This appeal is from a conviction on a charge of operating a gambling house in violation of Section 7657, Compiled General Laws of 1927. The record and the briefs have been examined. The sufficiency

24

of the evidence to support the conviction is challenged but we find no reversible error on this or any other point. The main questions relied on for reversal are substantially the same as those with which we were confronted in Lou Church and J. D. Sawyer v. State of Florida, decided this date. The judgment appealed from is accordingly affirmed on authority of that case.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD, CHAPMAN, THOMAS and ADAMS, JJ., concur.